Form ntcclmdbtr

211 West Fort Street
Detroit, MI 48226

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan

Case No.: **13−41879−swr**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Nicholas G. Riashi
   35028 White Pine Trail
   Farmington, MI 48335

Social Security No.:
   xxx−xx−1189

Employer's Tax I.D. No.:

## NOTICE RE: FILING OF CLAIM BY DEBTOR/TRUSTEE

**NOTICE IS HEREBY GIVEN** that on 01/21/2014 a claim was filed by the debtor/trustee on behalf of Department of Treasury MI in the amount of $ 3239.10 .

Dated: 1/22/14

BY THE COURT

Katherine B. Gullo , Clerk of Court
UNITED STATES BANKRUPTCY COURT

```
                          United States Bankruptcy Court
                          Eastern District of Michigan
In re:                                                              Case No. 13-41879-swr
Nicholas G. Riashi                                                  Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

District/off: 0645-2          User: afurc              Page 1 of 1            Date Rcvd: Jan 22, 2014
                              Form ID: clmdbtr         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2014.
db           +Nicholas G. Riashi,    35028 White Pine Trail,    Farmington, MI 48335-4644
21797416     +Department of Treasury MI,    Collection Division,    PO Box 77437,   Detroit, MI 48277-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2014                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2014 at the address(es) listed below:
              Dickron Bohikian    on behalf of Debtor Nicholas G. Riashi ecf@bohikianlaw.com
              Karen L. Rowse-Oberle    on behalf of Creditor   Community Financial Members Federal Credit Union
               krowse-oberle@butler-butler.com, edm@butler-butler.com
              Krispen S. Carroll    notice@det13ksc.com, ecfinfo@det13ksc.com
              Marcy J. Ford    on behalf of Creditor   Wells Fargo Bank , NA easternecf@trottlaw.com
              Melissa D. Francis    on behalf of Creditor   River Pines of Farmington Condominium Association
               mfrancis@zdfattorneys.com
              Tamara A. White    on behalf of Creditor   LOC Federal Credit Union Bankruptcy@holzmanlaw.com
              Tracy N. Danner    on behalf of Creditor   River Pines of Farmington Condominium Association
               tdanner@zdfattorneys.com, kmarvin@zdfattorneys.com
                                                                                             TOTAL: 7